O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| J.L. HOWZE, | ) | CASE NO. CV 08-06547 SVW (RZ) |
| Plaintiff, | ) | |
| vs. | ) | ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| SERGEANT SANDERS, | ) | |
| Defendants. | ) | |

      The Court has reviewed the file in this matter, and has read and reviewed the Report and Recommendation of United States Magistrate Judge. Plaintiff has not filed any objections. The Court accepts the Report and adopts its findings and recommendations.

DATED: June 29, 2010

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE