O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.L. HOWZE, | CASE NO. CV 08-06547 SVW (RZ) |
| Plaintiff, | |
| vs. | JUDGMENT |
| SERGEANT SANDERS, | |
| Defendants. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the action is dismissed without prejudice.

DATED: June 29, 2010

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE